# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT RAY McLAIN,** | : | |
| Plaintiff | : | |
| | : | No. 1:22-cv-0100 |
| v. | : | |
| | : | (Judge Rambo) |
| **UNITED STATES,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 9th day of December 2022, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT** Defendant's motion to dismiss (Doc. No. 26) under Federal Rule of Civil Procedure 12(b)(1) is **DENIED**.

s/ Sylvia H. Rambo
United States District Judge