IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT RAY MCLAIN,<br>      Plaintiff | : No. 1:22-CV-0100<br>:<br>: (Judge Munley) |
| v. | : |
| UNITED STATES,<br>      Defendant | : |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The United States' motion (Doc. 52) for summary judgment under Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of the United States and against plaintiff Robert Ray McLain as to all claims.

3. The Clerk of Court is further directed to CLOSE this case.

Date: 8/21/24

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court